IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97cr3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 18 U.S.C. § 3582(c)(2) |
| | ) | |
| TIMOTHY C. WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States Attorney is notified of the filing on March 5, 2007, of a motion under 18 U.S.C. § 3582(c)(2) to Modify Term of Imprisonment, filing 233. The United States shall have until April 23, 2007, in which to respond.

    Dated March 6, 2007.

                          BY THE COURT

                          s/ Warren K. Urbom
                          United States Senior District Judge