IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:97CR3019 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY C. WASHINGTON, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Memorandum and Order on Defendant's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2):

**IT IS ORDERED** that judgment is entered for the United States of America and against the defendant, Timothy C. Washington, by denying the defendant's motion to modify his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2), filing 233.

Dated April 11, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge