IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3019 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| TIMOTHY C. WASHINGTON, | ) | DESTROYED |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant exhibit number 1/Review of Detention/October 22, 1997

Defendant exhibit numbers 1, 2, 101, 102, 103/Jury Trial/January 5, 1998 through January 7, 1998

Defendant exhibit numbers 500, 504/Jury Trial/May 19, 1998 through May 22, 1998

Government exhibit number 1/2255 Motion Hearing/November 29, 2001

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 12th day of December, 200.

s/ Warren K. Urbom
United States Senior District Judge