IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3019 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY C. WASHINGTON, | ) | ORDER RE: AFFIDAVIT SHOWING |
| | ) | CAUSE |
| Defendant. | ) | |
| | ) | |

Filing 252 is an Affidavit Showing Cause filed by the defendant's court-appointed counsel in response to my Order to Withdraw Exhibits or to Show Cause Why Exhibits Should not be Destroyed, filing 249.

IT THEREFORE IS ORDERED that cause has been shown and all exhibits listed in my order, filing 249, as well as Exhibit number 11/Jury Trial/January 5, 1988 through January 7, 1998, which was inadvertently omitted from my order, filing 249, shall not be destroyed and shall be made available for viewing by court-appointed counsel, Joel G. Lonowski, if he requests to see them.

Dated December 22, 2008.

BY THE COURT

Warren K. Urbom
United States Senior District Judge