IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3019 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER ON |
| | ) | DEFENDANT'S MOTION TO |
| TIMOTHY C. WASHINGTON, | ) | REDUCE SENTENCE AND |
| | ) | REQUEST FOR EVIDENTIARY |
| Defendants. | ) | HEARING |
| | ) | |

The defendant has filed Defendant's Motion to Reduce Sentence and Request for Evidentiary Hearing, filing 254, seeking a reduction of sentence pursuant to the retroactive amendments to the "crack" Guidelines. The Court has developed procedures to deal with such a motion. Therefore,

1. No later than June 15, 2009, the probation office shall provide the undersigned *and* counsel of record with a "Retroactive Sentencing Worksheet."  If the officer requires additional time, a request may be made to the undersigned by e-mail.  The Clerk's office shall provide the Probation Office with a copy of this order.

3. No later than June 30, 2009, counsel of record shall confer and do one of the following:

    A. File a stipulation containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence.

    B. In lieu of the stipulation provided in paragraph A, counsel for the government shall contact my judicial assistant and arrange

a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

Dated April 20, 2009.

>BY THE COURT
>
>s/ Warren K. Urbom
>United States Senior District Judge