IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:97CR3019 |
| v. | ) | |
| TIMOTHY C. WASHINGTON, | ) | SCHEDULING ORDER |
| Defendants. | ) | |

In a telephone conversation today with counsel it was agreed by them that no agreement had been reached by them that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; or an agreement that the defendant may be resentenced without being present and without further notice; or an agreement regarding the recommended sentence.

It was resolved that the defendant's Motion to Reduce Sentence and Request for Evidentiary Hearing, filing 254, has not been ruled on but has been responded to by the government's Brief in Opposition to Motion for Evidentiary Hearing Pursuant to 18 U.S.C. § 3582(c)(2), filing 257.

It was agreed that no ruling on the defendant's motion will be made until the defendant has had an opportunity to respond by a reply brief. The government did not request to have opportunity to respond to the reply brief.

IT IS ORDERED that the defendant shall have until July 10, 2009, to file a reply brief regarding his motion to reduce sentence and request for evidentiary hearing, filing 254.

Dated July 1, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge