IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3019 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY C. WASHINGTON, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Memorandum and Order on Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2):

**IT IS ORDERED** that judgment is entered for the United States of America and against the defendant, Timothy C. Washington, by denying the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), filing 254.

Dated July 29, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge