IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TIMOTHY C. WASHINGTON, a/k/a TIMOTHY CHARLES WASHINGTON, a/k/a PERRION KEESEE WASHINGTON, a/k/a PERRION CHARLES WASHINGTON, a/k/a PRION C. WASHINGTON, a/k/a LESTER JACKMAN, a/k/a LESTER BABY FLY JACKMAN, a/k/a BABY FLY WASHINGTON, a/k/a TIM WASHINGTON, a/k/a TIMMY WASHINGTON, a/k/a TIMMY S. WASHINGTON, a/k/a TIMOTHY WASHINGTON,<br><br>                    Defendant. | 4:97-CR-3019<br><br>ORDER |

    The Court, in a previous memorandum and order (filing 291), denied Defendant's Motion to Reduce Sentence and Request for Evidentiary Hearing (filing 285). The defendant has filed a document expressing a desire to appeal from that ruling and requesting appointment of counsel on appeal (filing 293), which the Court has construed as a notice of appeal and motion for appointment of counsel, and another document captioned "Notice of Appeal" (filing 296), which the Court has construed as an amended notice of appeal.
    To the extent that the defendant's filings can be construed as moving this Court to appoint counsel to represent the defendant on appeal, such motion is denied without prejudice to a request for appointment of counsel to the Court of Appeals.

- 2 -

IT IS ORDERED:

1. The defendant's motion for appointment of counsel (filing 293) is denied without prejudice to reasserting that request to the Court of Appeals.

2. The clerk of the Court is directed to send a copy of this order to the defendant at his last known address.

3. The clerk of the Court is directed to transmit a copy of this order to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit.

Dated this 26th day of October, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge